O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____Southern DISTRICT OF California_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| LYNDA SANABRIA | |
| | CASE NUMBER: 14CR2980-BEN |

I, __Lynda Sanabria_____, the above named defendant, who is accused of

Conspiracy, in violation of 18 U.S.C. 371,

**FILED**
**OCT 1 7 2014**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____10/17/14_____ prosecution by indictment and consent that the pro-
                    Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer